UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DABONA TANG,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　　Respondents. | Case No. 2:25-cv-04638-MRA-PD<br><br>**ORDER GRANTING PETITIONER'S REQUEST TO VOLUNTARILY DISMISS THE PETITION** |

　　Petitioner Dabona Tang, represented by counsel, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 on May 22, 2025, seeking to enjoin Respondents from holding Petitioner in immigration detention. [Dkt. No. 1.]

　　On May 28, 2025, the Court issued orders requiring a response to the Petition and prohibiting Respondent from removing Petitioner prior to the resolution of this action without providing reasonable notice to the Court. [Dkt. Nos. 6, 7.] Also on May 28, 2025, Petitioner filed an application for a temporary restraining order and order to show cause re: preliminary injunction. [Dkt. No. 8.]

　　On May 29, 2025, the Court issued an Order (1) temporarily enjoining Respondents from transferring, relocating, or removing Petitioner, (2)

otherwise denying Petitioner's ex parte application for a temporary restraining order, and (3) requiring Respondents to show cause why a preliminary injunction should not issue. [Dkt. No. 9.]

On June 3, 2025, Petitioner filed a supplement to the motion for preliminary injunction. [Dkt. No. 12.]

On June 6, 2025, Respondents filed an opposition to the motion for preliminary injunction and response to order to show cause. [Dkt. No. 13.]

On June 8, 2025, Petitioner filed a request to correct the record pursuant to Federal Rule of Civil Procedure 11(b)(3) and a request for voluntary dismissal under Rule 41(a)(2) of the Petition and motion for preliminary injunction. [Dkt. Nos. 14, 15.]

Petitioner's request to dismiss the Petition and motion for preliminary injunction is GRANTED. The Court hereby orders that the Petition be dismissed without prejudice.

IT IS SO ORDERED.

Dated: June 10, 2025

_____
Hon. Mónica Ramírez Almadani
United States District Judge

Presented by:

_____
Patricia Donahue
United States Magistrate Judge