JS-6

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11   DABONA TANG,

Case No. 2:25-cv-04638-MRA-PD

12           Petitioner,

**JUDGMENT**

13        v.
14   KRISTI NOEM, et al.,
15           Respondents.
16
17        Pursuant to the Order Granting Petitioner's Request to Voluntarily
18   Dismiss the Petition,
19        IT IS ADJUDGED that the Petition is dismissed without prejudice.
20
21   Dated: June 10, 2025
22
23                                   Hon. Mónica Ramírez Almadani
24                                   United States District Judge
25
26
27
28